CHRISTINE YUEN, Respondent, v EDWIN YUEN K. WONG et al., Appellants. [888 NYS2d 884]

In opposition to plaintiff's showing that defendants executed

the promissory note and defaulted in payment (*see Alard, L.L.C. v Weiss*, 1 AD3d 131 [2003]), defendants' evidence was insufficient to raise a triable issue of fact concerning any of the payments they claim should be credited against the note. Concur—Tom, J.P., Nardelli, Renwick, Freedman and Roman, JJ.